UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-CR-217 (RMC) |
| ) | |
| ROBERT MITCHELL ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this response to defendant's motion for early termination of probation. For the reasons discussed below, the government does not oppose early termination of probation.

1. Defendant was sentenced to thirty-six months of probation, which the Court imposed on November 9, 2017, for one count of Interstate Transportation of Stolen Property.

2. Defendant was also ordered to pay $117,595.08 in restitution, at a rate of no less than $100 per month.

3. Per the U.S. Probation Office Petition dated March 15, 2019, the defendant is in compliance with his monthly payments, he is low risk to engage in new criminal behavior, and he is currently assigned to the probation office's low risk administrative caseload.

4. Pursuant to 18 U.S.C. § 3564(c), the Court may terminate a term of probation previously ordered and discharge the defendant at any time after the expiration of one year of probation in the case of a felony.

**WHEREFORE**, the government does not oppose early termination of defendant's probation.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472-845

\_\_\_\_\_/s/ Kendra Briggs_____
KENDRA BRIGGS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7524
kendra.briggs@usdoj.gov
D.C. Bar No. 978-769

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing motion has been served via CM/ECF on March 18, 2019, to:

Mark E. Schamel
Womble Bond Dickinson (US) LLP
1200 19th Street NW
Suite 500
Washington, DC 20036

\_\_\_\_\_/s/ Kendra Briggs_____
KENDRA BRIGGS
Assistant United States Attorney